**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

─────────────

**No. 99-4668**

─────────────

UNITED STATES OF AMERICA,

                                Plaintiff - Appellee,

        versus

COREY CORNELL MANESS,

                                Defendant - Appellant.

─────────────

Appeal from the United States District Court for the Eastern District of Virginia, at Norfolk.  Robert G. Doumar, Senior District Judge.  (CR-99-70)

─────────────

Submitted:  February 29, 2000        Decided:  March 14, 2000

─────────────

Before WILKINS, LUTTIG, and MOTZ, Circuit Judges.

─────────────

Affirmed by unpublished per curiam opinion.

─────────────

Robert B. Rigney, Kelly L. Daniels, PROTOGYROU & RIGNEY, P.L.C., Norfolk, Virginia, for Appellant.  Helen F. Fahey, United States Attorney, Laura M. Everhart, Assistant United States Attorney, Norfolk, Virginia, for Appellee.

─────────────

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Appellant, Corey Cornell Maness, appeals from the criminal judgment convicting him of one count of possession with intent to distribute cocaine base in violation of 18 U.S.C. § 841(a) (1994). On appeal, Maness challenges the district court's denial of his motion to suppress the crack found in his vehicle and the voluntary statements he made as a result of the search. Maness argues that the evidence adduced at the hearing does not support a finding that the officers had an articulable suspicion to stop his vehicle and that the district court used an incorrect standard to determine whether the stop was justified. He further argues that the officer executing the search exceeded the scope of his authority and purpose of the stop by opening the vehicle door without probable cause that Maness was involved in a criminal activity.

After reviewing the record, we find that the district court did not err in denying the motion to suppress, and affirm on the reasoning of the district court. See JA 105-16. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

2